UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JUL - 2 2025
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) 4:25CR350 RWS/JSD |
| JUAN RAMON BLANCO MARTINEZ, | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about June 18, 2025, in the Eastern District of Missouri, the defendant,

**JUAN RAMON BLANCO MARTINEZ,**

an alien, was found in the United States after having been removed therefrom to El Salvador, without having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

_____
FOREPERSON

MATTHEW T. DRAKE
Acting United States Attorney

_____
KAITLIN A. BRIDGES, #60861MO
Assistant United States Attorney